AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
District of Delaware

| | |
|---|---|
| Tessera, Inc. and Tessera Advanced Technologies, Inc.<br>*Plaintiff*<br>v.<br>Broadcom Corporation<br>*Defendant* | Civil Action No. **16-380** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Broadcom Corporation
c/o National Registered Agents, Inc.
818 W Seventh St., Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian E. Farnan
Farnan LLP
919 N. Market St., 12th Floor
Wilmington, Delaware 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **MAY 24 2016**

Nicole Braun
*Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> BRIAN E. FARNAN \| SBN: 4089 <br> FARNAN LLP <br> 919 NORTH MARKET STREET, 12TH FLOOR  WILMINGTON, DE 19801 <br> TELEPHONE NO.: (302) 777-0300 \| FAX NO. (302) 777-0301 \| E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: : | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE** <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: , DE <br> BRANCH NAME: DELAWARE | Hearing Date:    Room: <br> Hearing Time:    Dept: |
| PLAINTIFF: TESSERA, INC. AND TESSERA ADVANCED TECHNOLOGIES, INC. <br> DEFENDANT: BROADCOM CORPORATION | CASE NUMBER: <br> **16-380** |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; LOCAL RULE 73.1; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

PARTY SERVED:   **BROADCOM CORPORATION**

PERSON SERVED:   **NATIONAL REGISTERED AGENTS, INC. - VALERIE VILLEGAS - AGENT FOR SERVICE - AUTHORIZED TO ACCEPT**

DATE & TIME OF DELIVERY:   **5/24/2016**
**1:15 PM**

ADDRESS, CITY, AND STATE:   **818 W 7th St Ste 930**
**Los Angeles, CA 900173476**

PHYSICAL DESCRIPTION:
- **Age: 45**   **Weight: 160**   Hair: **BROWN**
- **Sex: Female**   **Height: 5'6**
- Skin: **HISPANIC**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 125.00
County: LOS ANGELES
Registration No.: 7067
PARCELS, INC.
P.O BOX 646
NEW CASTLE, DE 19720
(302) 658-9926

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 25, 2016.

Signature: *[signature]*
RYAN LANCASTER

**PROOF OF SERVICE**

Order#: 115008/General