

October 11, 2016

**VIA E-FILING**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Unit 26
Wilmington, DE 19801-3556

     **RE:**   **Tessera, Inc., et al. v. Broadcom Corporation,**
              **(C.A. 16-cv-380-LPS-CJB)**

Dear Chief Judge Stark:

     The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

     The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s): <u>October 7 and 10, 2016</u>

           Delaware Counsel: <u>Plaintiffs: Brian E. Farnan; Defendant: Adam Poff</u>

           Lead Counsel: <u>Plaintiffs: Laura E. Muschamp; Defendant: Jonathan Olinger, Ramy Hanna</u>.

     The disputes requiring judicial attention are listed below:

     The parties were unable to agree on all terms for the proposed Protective Order.  In particular, the parties have not come to an agreement as to provisions of the Protective Order relating to the inspection and production of Source Code, and the inclusion of a Prosecution Bar.

              Respectfully submitted,

              /s/ Brian E. Farnan

              Brian E. Farnan

cc: Counsel of Record (Via E-Filing)