# FARNAN LLP

May 25, 2017

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

     Re:   *Tessera, Inc., et al., v. Broadcom Corp.*, Case No. 16-380-LPS-CJB

Dear Judge Burke:

     The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

     The following attorneys, including at least one Delaware Counsel and one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on May 25, 2017:

- Delaware Counsel: Rosemary Piergiovanni (Plaintiffs); Adam Poff (Defendant)

- Lead Counsel: Dale Rice and Christopher Zirpoli (Plaintiffs); Debra Lange, Matthew Holohan, Jonathan Olinger, and Kevin O'Brien (Defendant)

     The disputes requiring judicial attention are listed below:

1. Tessera's request that Broadcom supplement its response to Interrogatory No. 1 to identify additional products that are the same as or substantially similar to the specific products already identified by Tessera; and

2. Tessera's request that Broadcom produce schematics of the level-shifter and voltage regulator circuitry for all of Broadcom's 802.11 WiFi products.

     The parties have been unable to resolve these disputes despite their attempts to do so via the meet-and-confer process, including on May 25, 2017 and earlier meet-and-confer efforts.

                                  Respectfully submitted,

                                  /s/ Brian E. Farnan

                                Brian E. Farnan