# FARNAN LLP

June 23, 2017

**VIA E-FILING**
The Honorable Christopher J. Burke
844 North King Street, Unit 28
Wilmington, DE 19801

> RE: *Tessera, Inc. v. Broadcom Corp.*,
> C.A. Nos. 16-cv-380-LPS-CJB

Dear Judge Burke:

On June 16, 2017, the Court issued a Sealed Memorandum Order (D.I. 133) following the Discovery Dispute Teleconference held on June 14, 2017.

Tessera states that on June 19, 2017, pursuant to paragraph 2 of the Order, Tessera sent Broadcom a letter in which it provided additional specificity with regard to its infringement contentions for "diffusion layer," as that term is used in U.S. Patent No. 6,954,001, and "array of contacts" and "flexible bond ribbons," as those terms are used in U.S. Patent No. 6,284,563. For those interconnect patents, Tessera also made a renewed proposal for identification of reasonably similar products. Broadcom states that while Tessera did provide written correspondence relating to the interconnect patents, that correspondence did not provide any further specificity nor did it remedy any of the deficiencies relating to Tessera's infringement contentions that were identified at the June 14, 2017 discovery hearing. Broadcom agreed to provide a written response to Tessera and to continue meeting and conferring on these issues.

With regard to the packaging patents, Tessera states that Tessera's June 19, 2017 letter provided a proposal for Broadcom's identification of reasonably similar products for U.S. Patent Nos. 6,046,076, 6,080,605, and 6,218,215. Broadcom states that Tessera did not address the issues raised by Broadcom relating to deficiencies in Tessera' infringement contentions relating to the packaging patents. The parties agreed to continue discussions relating to these patents.

Tessera states that Tessera's June 19, 2017 letter also made a proposal with regard to criteria that Broadcom could use to identify additional products through searches of its Agile database that would obviate the need for Tessera to conduct its own inspection of that database. Broadcom states that it is considering Tessera's proposal which suffers some of the same issues relating to Tessera's infringement contentions. In any event, the parties agreed to continue discussing these issues.

On June 21, 2017, pursuant to paragraph 7 of the Order, the parties participated in a telephonic conference and discussed the issues and proposals raised in Tessera's June 19, 2017 letter. As discussed above, the parties were not able to reach agreement, but agreed that they will continue to meet and confer on these issues.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (via E-File)