# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESSERA, INC. and TESSERA ADVANCED TECHNOLOGIES, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BROADCOM CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 16-380-LPS-CJB |

## JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiffs respectfully move this Court to schedule a teleconference to address an outstanding dispute regarding discovery matters.

As a result of a previous communication with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's prior order regarding discovery matters during a teleconference on **September 6, 2017 at 1:30 p.m.** with counsel for **Plaintiffs** to initiate the call.

| | |
|---|---|
| Dated: August 23, 2017 | Respectfully submitted, |
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Brian E. Farnan* | */s/ Pilar G. Kraman* |
| Brian E. Farnan (Bar No. 4089) | Adam W. Poff (No. 3990) |
| Michael J. Farnan (Bar No. 5165) | Pilar G. Kraman (No. 5199) |
| 919 North Market Street, 12th Floor | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Phone: 302-777-0300 | (302) 571-6600 |
| bfarnan@farnanlaw.com | apoff@ycst.com |
| mfarnan@farnanlaw.com | pkraman@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

IT IS SO ORDERED this _____ day of August, 2017.

_____
The Honorable Christopher J. Burke