# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TESSERA, INC. and TESSERA ADVANCED TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 16-380-LPS-CJB |
| v. | ) ) | |
| BROADCOM CORPORATION, | ) ) | |
| Defendant. | ) | |
| TESSERA, INC. and INVENSAS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 16-cv-1034-LPS |
| v. | ) ) ) | DEMAND FOR JURY TRIAL |
| AVAGO TECHNOLOGIES U.S. INC., AVAGO TECHNOLOGIES WIRELESS (U.S.A.) MANUFACTURING INC., EMULEX CORPORATION, LSI CORPORATION and PLX TECHNOLOGY, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER CONCERNING CLAIM CONSTRUCTION BRIEFING

WHEREAS, the Court previously approved the parties' agreement to have a common schedule for claim construction proceedings in the above cases (D.I. 147 (16-380-LPS); D.I. 38 (16-1034-LPS));

WHEREAS, the parties have exchange proposed claim constructions and met and conferred on the constructions and the claim construction process;

WHEREAS, the parties submit that it will be more efficient if each side (i) files combined briefs covering both cases rather than filing separate briefs in each case and (ii) submits a single tutorial covering both actions; and

WHEREAS, given the number of terms at issue, the parties further submit a slight increase in the total number of pages for briefing would assist the parties and the Court;

In light of the foregoing, the parties, subject to the Court's approval, hereby agree as follows:

1. Each side shall submit one opening and one answering claim construction brief addressing all claim terms at issue in these actions;

2. Each opening and answering brief shall not exceed 60 pages; and

3. Each side shall submit a single tutorial covering both actions not to exceed 45 minutes.

| | |
|---|---|
| Dated: November 9, 2017 | Respectfully submitted, |
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Phone: 302-777-0336<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiffs* | /s/ Adam W. Poff<br>Adam W. Poff (No. 3990)<br>Pilar G. Kraman (No. 5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>pkraman@ycst.com<br><br>*Attorneys for Defendant* |

IT IS SO ORDERED this _____ day of November, 2017.

_____
The Honorable Leonard P. Stark